McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY JOHN WOLTER; ) <br> KYONG HWA WOLTER, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> Michael Chertoff, et al. ) <br> ) <br> ) <br> Defendants. ) <br> _____ ) | 07-cv-F-241 LKK CMK <br><br><br><br> **DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME IN WHICH TO FILE AN ANSWER AND ORDER** |

Plaintiffs have filed a complaint requesting declaratory judgment to remedy the denial of a I-130 visa petition. Defendants respectfully inform the Court that the administrative adjudication in question took places overseas, and responding to the complaint will require agency coordination and obtainment of the administrative record. The government will be unable to complete this process in time to comply with the current April 6, 2006 deadline for filing an answer to the complaint. Defendants therefore request an extension until June 6, 2007. Counsel for plaintiffs has

indicated that she does not oppose this extension request.


Dated: April 2, 2007                                         Respectfully Submitted,

                                                  McGREGOR W. SCOTT
                                                  United States Attorney


                              By:   /s/Audrey Hemesath
                                    Audrey B. Hemesath
                                    Assistant U.S. Attorney
                                    Attorneys for the Defendants


## ORDER

Pursuant to this Motion for an Extension of Time and for the reasons stated therein, IT IS HEREBY ORDERED that the defendant's Answer is due on June 6, 2007, and that the scheduling conference, currently set for April 16, 2007, is reset for June 18, 2007 at 1:30 p.m.

    IT IS SO ORDERED.

DATED: April 3, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT