UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY JOHN WOLTER and
KYONG HWA WOLTER,

                              NO. CIV.S-07-241 LKK/CMK

        Plaintiffs,

   v.

ALBERTO GONZALES, Attorney General, Department of Justice; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, JOSE R. OLIVARES, Officer in Charge, United States Citizenship and Immigration Services at the American Embassy in Seoul, Korea; and the UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,

        Defendants.
_____/

**STATUS (PRETRIAL SCHEDULING) CONFERENCE**

Pursuant to court order, a status (pretrial scheduling) conference was held in chambers on June 18, 2007. Marie Johnson appeared telephonically as counsel for plaintiffs; Audrey B. Hemesath appeared as counsel for defendants. At that conference,

1

the court ORDERED as follows:

**SERVICE OF PROCESS**

All parties defendant have been served and no further service is permitted except with leave of court, good cause having been shown.

**JOINDER OF PARTIES/AMENDMENTS**

No further joinder of parties or amendments to pleadings is permitted except with leave of court, good cause having been shown. See Johnson v. Mammoth Recreations, Inc., 975 F.2d 604 (9th Cir. 1992).

**JURISDICTION/VENUE**

Jurisdiction is predicated upon 28 U.S.C. § 1331, is undisputed and is hereby found to be proper, as is venue.

**MISCELLANEOUS PROVISIONS**

1. The government shall file a certified copy of the alien file by August 1, 2007.
2. Cross motions for summary judgment shall be filed by October 1, 2007, responses to the motions shall be filed by October 15, 2007, any replies shall be filed by October 25, 2007. A hearing on the motions is set for November 13, 2007 at 10:00 a.m.

IT IS SO ORDERED.

DATED: June 20, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2